UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 10-11-DLB-EBA-6

UNITED STATES OF AMERICA                                                  PLAINTIFF

VS.             **ORDER ADOPTING REPORT AND RECOMMENDATION**

CHRISTOPHER STEPHEN BURTON                            DEFENDANT

\* \* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Defendant be found guilty of Violations 1 and 2, that his supervision not be revoked and he be allowed to continue on his current conditions of supervision, and that in accordance with his conditions of supervision, he be required to attend and successfully complete a designated program of substance abuse treatment. (Doc. # 271). Defendant has waived his right to allocute before the undersigned (Doc. # 269), and having instead allocuted before Judge Atkins (Doc. # 270). No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 271) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2) Defendant Christopher Stephen Burton is found to have violated the terms of his supervised release; and

(3) Defendant is ordered to continue on his current conditions of supervision with the following additional condition:

(a) Defendant is required to attend and successfully complete a designated program of substance abuse treatment in accordance with his conditions of supervision.

This 15th day of November, 2017.

Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2010\10-11 Order Adopting R&R re SRV.docx